PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Glenn Kazeleski                                   Cr.: 07-00798-001
                                                                    PACTS #: 48095

Name of Sentencing Judicial Officer: The Honorable Faith S. Hochberg

Date of Original Sentence: 02/04/08

Original Offense: Fraud to Gain Federal Employee Compensation

Original Sentence: 60 Months Probation (Special Conditions: Alcohol Treatment, Financial Disclosure; No New Debt; DNA; Restitution)

Type of Supervision: Probation                Date Supervision Commenced: 02/04/08

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | On September 11, 2010, the offender was detained by the Hillsborough Police Department after they were dispatched for a domestic violence dispute. Reportedly, the offender and his wife attended a party at the Manville Elks in Hillsborough and were drinking all day. Police were called when the offender became loud and threatened his wife. Both were taken into custody and questioned separately. The offender was released and no charges were filed. Kazeleski failed to notify the probation officer of this police contact. In addition, he was intoxicated, which is against his conditions of supervision. |

U.S. Probation Officer Action:
We are recommending the offender be placed on our alcohol monitoring program for a minimum period of two months. In addition, we are referring the offender to Somerset Treatment Services, Somerville, New Jersey, where he will participate in individual counseling to address his alcohol abuse issues, and any anger management problems.

Respectfully submitted,

By: Leslie M. Vargas
U.S. Probation Officer
Date: 12/06/10

PROB 12A - Page 2
Glenn Kazeleski

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

12/14/10
Date